UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION



| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| V. | ) | CAUSE NO. 1:20-mj-0340 |
|  | ) |  |
| GERALD HOYE, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

## APPEARANCE

Comes now, Josh J. Minkler, United States Attorney for the Southern District of Indiana, by Kristina M. Korobov, Assistant United States Attorney for the Southern District of Indiana, and enters her appearance as counsel for the United States of America.

Respectfully submitted,

JOSH J. MINKLER
United States Attorney

By: *Kristina Korobov*
Kristina M. Korobov
Assistant United States Attorney