UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION



| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) CAUSE NO. 1:20-mj-340 |
| GERALD HOYE, | ) |
| Defendant. | ) |

## PENALTY SHEET

You have been charged in a Complaint with a violation of the Laws of the United States of America. The maximum penalties are as follows:

| Count Number | Statute | Years | Fine | Supervised Release |
|---|---|---|---|---|
| 1 | Sexual Exploitation / Attempt Sexual Exploitation of a Child 18 U.S.C. § 2251(a) and (e) | 15-30 years | Up to $250,000 | 5 Years - Life |
| 2 | Coercion / Enticement 18 U.S.C. § 2422(b) | 10-life | Up to $250,000 | 5 Years - Life |
| 3 | Distribution and Receipt of Visual Depictions of Minors Engaged in Sexually Explicit Conduct 18.U.S.C. § 2252(a)(2) | 5-20 years | Up to $250,000 | 5 Years - Life |

Dated:         GERALD HOYE
                   Defendant

I certify that the Defendant was advised of the maximum penalties in the manner set forth above and that he signed (or refused to sign) the acknowledgement.

                   United States Magistrate Judge
                   Southern District of Indiana