# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

**SEALED**

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 1:20-mj-0340 |
| | ) | |
| GERALD HOYE, | ) | |
| | ) | |
| *Defendant* | ) | |

**FILED**
MAR 3 1 2020
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* GERALD HOYE,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Count 1: Sexual Exploitation / Attempt Sexual Exploitation of a Child, in violation of Title 18, United States Code, Section 2251(a) and (e);
Count 2: Coercion / Enticement, in violation of Title 18, United States Code, Section 2422(b); and
Count 3: Distribution and Receipt of Visual Depictions of a Minor Engaged in Sexually Explicit Conduct, in violation of Title 18, United States Code, Section 2252(a)(2).

Date: 03/24/2020

*[signature]*

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

City and state: Indianapolis, IN

---

**Return**

This warrant was received on *(date)* 3/31/20, and the person was arrested on *(date)* 3/31/20
at *(city and state)* Indianapolis, IN.

Date: 3/31/20

*[signature]*
*Arresting officer's signature*

Z. Trusler, DEO
*Printed name and title*