UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>GERALD HOYE, )<br>    Defendant. ) | CAUSE NO. 1:20-mj-0340<br><br>- 01 |

**COURTROOM MINUTE FOR MARCH 31, 2020**
**HONORABLE DEBRA MCVICKER LYNCH, MAGISTRATE JUDGE**

The parties appear for an initial appearance on the complaint filed on March 24, 2020. Defendant appeared in person and by FCD counsel Joseph Cleary. Government represented by AUSA Kristina Korobov. USPO represented by Justin Meier.

Defendant orally waived his right to physically appear for his detention hearing in the courtroom and consented to appear via video teleconference.

Financial affidavit approved. Counsel appointed.

Charges, rights and penalties were reviewed and explained. Defendant waived reading of the complaint.

Government moved for pretrial detention and a hearing was scheduled. Preliminary and detention hearing set for **April 3, 2020 at 9:00 a.m. in courtroom 243** before the criminal duty magistrate judge.

Government moved to unseal this cause of action and the same granted.

Defendant raised safety concerns at the Marion County Jail pending the April 3 detention hearing. The Court orders the U.S. Marshals Office to make inquiry and address any appropriate security issues regarding defendant's housing.

Defendant remanded to the custody of the U.S. Marshals pending further proceedings before the court.

Date: 4/1/2020

Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:
all ECF-registered counsel of record via email generated by the court's ECF system