UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CAUSE NO. 1:20-mj-0340 |
| ) | |
| GERALD HOYE, ) | - 01 |
| Defendant. ) | |

## COURTROOM MINUTE FOR APRIL 3, 2020
## HONORABLE DEBRA MCVICKER LYNCH, MAGISTRATE JUDGE

The parties appear for a preliminary and detention hearing. Defendant appeared in person and by FCD counsel Gwendolyn Beitz. Government represented by AUSA Kristina Korobov. USPO represented by Alison Upchurch.

Defendant orally waived his right to physically appear for his detention hearing in the courtroom and consented to appear via video teleconference.

Preliminary hearing held. Parties submitted to the complaint and attached affidavit and probable cause was found.

Defendant moved to hold the detention hearing in abeyance pending resolution with the Southern District of Mississippi. Parties are to file a motion for a detention hearing when this matter becomes ripe.

Defendant raised concerns about medication. The United States Marshals Office shall follow up to insure the defendant is receiving his medications.

The court granted the Government's motion for an order to prohibit the defendant from contacting the alleged minor victim and/or any person who resides with the alleged minor victim.

Defendant remanded to the custody of the U.S. Marshals pending further proceedings before the court.

Date: 4/3/2020

*Debra McVicker Lynch*
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

all ECF-registered counsel of record via email generated by the court's ECF system