UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
OCT 06 2020
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | CAUSE NO. |
|  | ) |  |
| GERALD HOYE, | ) | 1:20-cr-267 JPH-MJD |
| Defendant. | ) |  |

## PENALTY SHEET

You have been charged in an Indictment with a violation of the Laws of the United States of America. The maximum penalties are as follows:

| Count Number | Statute | Years | Fine | Supervised Release |
|---|---|---|---|---|
| 1 | Sexual Exploitation of a Child and Attempted Sexual Exploitation of a Child 18 U.S.C. § 2251 (a) and (e) | 15-30 years | Up to $250,000 | Up to Life |
| 2 | Receipt of Child Pornography 18 U.S.C. § 2252(a)(2) | 5-20 years | Up to $250,000 | Up to Life |

Dated: _____

GERALD HOYE
Defendant

I certify that the Defendant was advised of the maximum penalties in the manner set forth above and that he signed (or refused to sign) the acknowledgement.

_____
United States Magistrate Judge
Southern District of Indiana