UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
MAY 0 5 2022
U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CAUSE NO. 1:20-cr-00267-JPH-MJD |
| ) | |
| GERALD HOYE, ) | |
| ) | |
| Defendant. ) | |

## AMENDMENT TO PLEA AGREEMENT

The parties, by and through the undersigned counsel and the Defendant, Gerald Hoye, hereby inform the Court that paragraph 36(C) of the Petition to Enter Plea of Guilty and Plea Agreement filed at docket number 39 is amended as follows:

**Motions for Compassionate Release:** As concerns this Section 3582 waiver, the defendant reserves the right to ~~file one (and only one) motion~~ seeking a "compassionate release" sentence reduction pursuant to the First Step Act of 2018 and 18 U.S.C. § 3582(c)(1)(A)(i) based on "extraordinary and compelling reasons" established by the defendant ~~and consistent with U.S.S.G. § 1B1.13 application note 1(A) & (C) (or, in the event of amendment of those U.S.S.G. provisions, the provisions, if any, with the same effect at the time of the filing of the motion for sentence reduction). However, the defendant waives any right to file more than one motion on that basis. This waiver also bars an appeal from the District Court's decision regarding that motion. The government further reserves the right to oppose any motion for compassionate release on any other grounds.~~

After amendment, the paragraph reads as follows:

**Motions for Compassionate Release:** As concerns this Section 3582 waiver, the defendant reserves the right to seek a "compassionate release" sentence reduction pursuant to the First Step Act of 2018 and 18 U.S.C. § 3582(c)(1)(A)(i) based on "extraordinary and compelling reasons" established by the defendant.

Respectfully submitted,

ZACHARY A. MYERS
United States Attorney

*Kristina M. Korobov*

5/2/22
DATE

Kristina Marie Korobov
Assistant United States Attorney

5/5/2022
DATE

GERALD HOYE
Defendant

5/5/2022
DATE

GWENDOLYN BEITZ
Attorney for the Defendant

2